# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

July 30, 2001

**Before**

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

No. 00-3640

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         *Plaintiff-Appellant*, <br><br>    *v.* <br><br> ROBERTO PALOMINO-RIVERA, <br>         *Defendant-Appellee*. | Appeal from the United States District Court for the Northern District  District of Illinois, Eastern Division. <br><br> No. 00 CR 371 <br><br> Suzanne B. Conlon, <br> *Judge*. |

**O R D E R**

The opinion of this court issued on July 20, 2001, is amended as follows:   At slip opinion page 9, line 11, delete the word "aggravated."

At slip opinion page 10, line 1, add the words "and at least one other felony" before the comma.  The first line on page 10 should now read:

"had been convicted of at least one aggravated felony and at least one other felony, it . . . ."